IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22–cv–003045–MDB

NORMAN RAY REED, JR.,

    Plaintiff,

v.

TRINIDAD AREA HOSPITAL ASSOCIATION, a Colorado non-profit corporation d/b/a MT. SAN RAFAEL HOSPITAL,
SPANISH PEAKS NEW ALTERNATIVES, INC, a Colorado non-profit corporation d/b/a HEALTH SOLUTIONS MEDICAL CENTER, and
INNOVA EMERGENCY MEDICAL ASSOCIATES, P.C., a Colorado professional corporation,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Dkt. No. 42) of Magistrate Judge Maritza Dominguez Braswell entered on July 28, 2023 it is

**ORDERED** that Motion for Summary Judgment by Defendants Trinidad Area Hospital Association d/b/a Mt. San Rafael Hospital, et al (Dkt. No. 21) is **GRANTED**.  It is further

**ORDERED** that judgment shall enter in favor of the defendant and against the plaintiff on all claims for relief and causes of action asserted in this case.  It is further

2

**ORDERED** that the defendants are awarded their costs to be taxed by the Clerk of Court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and C.COLO.LCivR 54.1.

Dated this 28th day of July, 2023.

                                      BY THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                                  By: s/   E. Lopez Vaughan
                                            Deputy Clerk