**TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE**

| **PART I - To be completed by appellant within fourteen days of filing the notice of appeal**. |
|---|

Short Title: __Reed v. Trinidad Area Health Assoc__   District Court Number: __22–cv–003045–MDB__

District: __Colorado__   Circuit Court Number: __23-1266__

Name of Attorney/Pro Se Party: __Scott Landry__   Email Address: __slandry@landrylawpc.com__

Name of Law Firm/Office: __Landry Law, P.C.__   Telephone: __720-583-2143__

Address: __9896 Rosemont Ave., Suite 140, Lone Tree, CO 80124__

Attorney for: __Plaintiff-Appellant Norman Reed__

Name of Court Reporter: __None__

Name of Court Reporter (if ordering from more than one): _____

**PART II - Complete SECTION A (if not ordering a transcript) or SECTION B (if ordering transcript(s)).**

*SECTION A* - **I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**
    [X] A transcript is not necessary for this appeal;
    [ ] The necessary transcript is already on file in District Court; or
    [ ] The necessary transcript was ordered previously in appeal number _____

*SECTION B* - **I HEREBY ORDER THE FOLLOWING TRANSCRIPT(S):**
    (Specify the date and proceeding in the space below)

Voir dire: _____   Opening Statements: _____
Trial proceedings: _____   Closing Arguments: _____
Jury Instructions: _____   Other Proceedings: _____
Post-Trial Hearings: _____   Other Proceedings: _____

(Attach additional pages if necessary)

[ ] **I will pay the cost of the transcript. My signature on this form is my agreement to pay for the transcript ordered on this form.**

[ ] **This case is proceeding under the Criminal Justice Act.**
**IF THIS APPEAL IS PROCEEDING UNDER THE CJA PLEASE NOTE YOU MUST ALSO TAKE ALL STEPS REQUIRED IN EVOUCHER IN ORDER TO COMPLETE PAYMENT ARRANGEMENTS.**

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

**CERTIFICATE OF COMPLIANCE**

I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Ordering Party: __*scott landry*__   Date: __September 8, 2023__

**PART III - To be completed by the court reporter after satisfactory financial arrangements have been made.**

Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: _____
Estimated completion date: _____
Estimated number of pages: _____
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: _____   Date: _____

**A-8**  Transcript Order Form 3/2017

## CERTIFICATE OF SERVICE

      I hereby certify that on this 8th day of September, 2023, a true and correct copy of the foregoing TRANSCRIPT ORDER FORM was served via email to all active counsel of record and through the CM/ECF Filing System to the following:

<u>Counsel for Defendant Spanish Peaks New Alternatives, Inc., d/b/a Health Solutions Medical Center:</u>
Lawrence D. Stone
Hall Booth Smith, PC
5619 DTC Parkway, Suite 1200
Greenwood Village, CO  80111
Phone: 303-773-3500
Email: lstone@hallboothsmith.com

<u>Counsel for Defendant Trinidad Area Health Association, d/b/a Mt. San Rafael Hospital</u>
Meredith L. McDonald
Tate C. Hughes
Lewis Brisbois Bisgaard & Smith, LLP
1700 Lincoln Street, Suite 4000
Denver, CO  80203
Phone: 720-292-2033
Email: Tate.huges@lewisbrisbois.com
Meredith.mcdonald@lewisbrisbois.com

<u>Counsel for Defendant Innova Emergency Medical Associates, PC:</u>
Angela Lund Klein
Klein Cook Olson, LLC
2130 Resort Drive, Unit E
Steamboat Springs, CO  80487
Phone: 720-505-1819
Email: aklein@kco-law.com

Clerk of the Court
Civil Action No. 1:22-cv-03045-MDB
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, Colorado 80294
Phone: 303-844-3433

Clerk of the Court of the U.S. Court of Appeals
United States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
Phone: 303-844-3157

                                              /s/ *Mary Scott*
                                              For Landry Law, P.C.